IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHANDRA KENIECE JONES,**<br>    Plaintiff,<br><br>v.<br><br>**KILOLO KIJAKAZI,** *Acting*<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>)  **CIVIL ACTION NO. 1:20-00527-N**<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Shandra Keniece Jones, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Jones's applications for Social Security benefits.

**DONE** this the 30th day of March 2022.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**